UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| PHILLIPPE` L. SMITH, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-218-ART |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| HARLEY LAPPIN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Plaintiff Phillippe' L. Smith, who is confined in the United States Penitentiary-Big Sandy ("USP-Big Sandy"), which is located in Inez, Kentucky, has filed a prisoner *pro se* civil rights action under 28 U.S.C. §1331. In his complaint, the plaintiff asserts claims pursuant to the doctrine announced in *Bivens v. Six Unknown Federal Narcotics Agents*, 430 U.S. 388 (1971), as well as claims falling under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680.

(2) Plaintiff Smith has named the following defendants: (A) Harley Lappin, Director of the Bureau of Prisons ("BOP"); (B) "Viaz," whom the plaintiff identifies as "Correctional Acting Captain"; (C) "Klute," whom the plaintiff identifies as

"Correctional Officer"; (D) Lt. Perrin, whom the plaintiff identifies as "Correctional Lieutenant"; and; (E) "Unknown Correctional Associate Warden."

(3) The plaintiff's *Bivens* claims are **DISMISSED WITHOUT PREJUDICE**.

(4) Judgment is **ENTERED** in favor of the named defendants with respect to the plaintiff's FTCA claims, and those claims are **DISMISSED WITH PREJUDICE**.

(5) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6) The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

(7) This matter is **STRICKEN** from the active docket.

This the 29th day of September, 2009.

Signed By:
*Amul R. Thapar* AT
United States District Judge